# LAW OFFICES OF

# RYAN G. ANDERSON

*a professional limited liability corporation*

Ryan Anderson
ryan@rgalawpc.com
BOARD CERTIFIED IN CIVIL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

January 20, 2015

Mr. William R. Sudela                           *Via facsimile: (713) 739-8403*
CRADY, JEWETT & MCCULLEY, LLP
2727 Allen Parkway, Suite 1700
Houston, TX 77019-2125

Mr. John W. Petry                               *Via Facsimile: (210) 735-6889*
LANGLEY & BANACK, INC.
Trinity Plaza II, Ninth Floor
745 East Mulberry
San Antonio, TX 78212-3166

Mr. Dale Weyand                                 *Via Regular Mail*
DALE WEYAND, P.C.
6714 N. New Braunfels, Suite 104
San Antonio, TX 78209

Re:     Cause No. 13-09-12098-DCV; *Professional Directional Enterprises, Inc., et al. v. Gambit Resources, Inc. f/k/a Gulfmark Resources, Inc. a/k/a Gambit Energy, et al. v. Robert W. Eardley, et al.;* in the 293rd Judicial District Court, Dimmit County, Texas

No. 04-15-00016-CV; *Robert W. Eardley, et al., v. Gambit Resources, et al.;* in the Court of Appeals for the Fourth District of Texas at San Antonio

Dear Counsel:

Please accept this notification that I will be on vacation from March 9, 2015 through March 13, 2015 and from June 8, 2015 through June 12, 2015. I request as a matter of professional courtesy that you avoid scheduling any matters in the above-referenced case on these dates.

Thank you for your attention to this matter.

Sincerely,

Ryan G. Anderson

RA:jl

cc:   Mr. Keith Hottle                                    *Via Regular Mail*
      Clerk of the Court
      Fourth Court of Appeals
      Cadena-Reeves Justice Center
      500 Dolorosa, Suite 3200
      San Antonio, Texas 78205-3037

Law Offices of Ryan G. Anderson, PLLC
115 East Travis, Suite 1403
San Antonio, Texas 78205

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
20 JAN 2015 PM 2 L

FOREVER



FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 JAN 23 PM 12: 17

KEITH E. HOTTLE, CLERK

Mr. Keith Hottle
Clerk of the Court
Fourth Court of Appeals
Cadena-Reeves Justice Center
500 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

78204100300